Felecia MARCHMON, Plaintiff–
Appellant,

v.

SECURITAS SECURITY SERVICES
USA, INC., Defendant–Appellee.

No. 14–1112.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Felecia Marchmon, Appellant pro se. Kimberly Joyce Lehman, Gregory Phillip McGuire, Ogletree Deakins Nash Smoak & Stewart, PC, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felecia Marchmon appeals the district court's order granting summary judgment to Securitas Security Services in her civil

action under Title VII of the Civil Rights Act of 1964, as amended. 42 U.S.C. §§ 2000e to 2000e–17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marchmon v. Securitas Sec. Servs.*, No. 3:12–cv–00708–GCM, 994 F.Supp.2d 742, 2014 WL 117226 (W.D.N.C. Jan. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*